FILED
2/13/17 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Michele M. Fabris

                         Debtor

Harley-Davidson Credit Corp

                         Movant

           v.

Michele M. Fabris

                         Respondent

           and

Roy Fabris

                         Additional Respondent

           and

Ronda J. Winnecour, Trustee

                         Additional Respondent

BK. NO. 16-11019 TPA

CHAPTER 13

Related to Docket #___25_____

### ORDER MODIFYING SECTIONS 362 AND 1301 AUTOMATIC STAY

AND NOW, this 13th day of  February  , 2017, at Pittsburgh, upon Motion of Harley-Davidson Credit Corp, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 HARLEY-DAVIDSON FXDF-103 DYNA FAT BOB, VIN: 1HD1GYM11DC304569,  in a commercially reasonable manner.

_____
United States Bankruptcy Judge    **vas**

cc: See attached service list:

Michele M. Fabris
274 Rose Street
Johnsonburg, PA 15845

Kenneth P. Seitz Esq.
P.O. Box 211
Ligonier, PA 15658
thedebterasers@aol.com

Roy Fabris
274 Rose Street
Johnsonburg, PA 15845

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michele M. Fabris
       Debtor

Case No. 16-11019-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil          Page 1 of 1          Date Rcvd: Feb 13, 2017
                     Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2017.
db            +Michele M. Fabris,    274 Rose Street,    Johnsonburg, PA 15845-1446
              +KML Law Group, PC,    BNY Independence Center,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
              +Roy Fabris,    274 Rose Street,    Johnsonburg, PA 15845-1446

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2017 at the address(es) listed below:
           James  Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
           Kenneth P. Seitz    on behalf of Debtor Michele M. Fabris thedebterasers@aol.com
           Michael W. Sloat    on behalf of Creditor    Farmers National Bank of Emlenton mike@lkslaw.us,
              scott@lkslaw.us
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                          TOTAL: 5