FILED
5/30/17 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

Debtor: Michele M. Fabris
Case Number: 16-11019 Chapter: 13
Date / Time / Room: May 23, 2017 at 1:30 p.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

***Matter:*** #7 - Final Confirmation of Plan dated 10/25/16 (NFC)

***Appearances:***

Debtor: Seitz
Trustee: Winnecour / Bedford / Katz / Pail

Creditor:

CONFIRMATION ORDER TO BE ENTERED

***Proceedings:***

Recommended Outcome:

1. _______ Case Converted to Chapter 7
2. _______ Case Converted to Chapter 11
3. _______ Case Dismissed without Prejudice
4. _______ Case Dismissed with Prejudice
5. _______ Debtor is to inform Court within ______ days their preference to Convert or Dismiss
6. _______ The plan payment/term is increased/extended to _______________, effective ___________________.
7. _______ Plan/Motion continued to _________________ at __________________.
8. _______ An Amended Plan is to be served on all creditors and certificate of service filed by ________
   Objections are due on or before __________________ .
   A hearing on the Amended Plan is set for ______________________ at __________.
9. _______ Other:

34

Fabris Case No. 16-11019 TPA
Debtor(s)

Issued per the **May 23, 2017** Proceeding

Chapter 13 Plan dated 10-25-16

Next Hearing Date:______________________
& time:

☐ No Changes

☑ A. For the remainder of the Plan term, the Plan payment is amended to be $690.00 as of 6/17. Debtor(s)' counsel shall file a motion to amend the income attachment order within five (5) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of __________ months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under 11 U.S.C. §506, disputes over the amount and allowance of claims entitled to priority under 11 U.S.C. §507, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the plan.

☐ F. ____________________ shall be paid monthly payments of $_____________ beginning with the Trustee's ________________ distribution and continuing for the duration of the plan term, to be applied by that creditor to its administrative claim, budget payments and/or security deposit. These payments shall be at the fifth distribution level.

☐ G. Fee application needed if fees (including retainer) exceed $2,000/$2,500.

☐ H. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the debtor(s) successfully objects to the claim:

☐ I. Additional Terms:

☐ **CASE TO BE DISMISSED**