Form 128

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Michele M. Fabris**  *Debtor(s)* | Case No. 16−11019−TPA  Chapter: 13 |
| Farmers National Bank of Emlenton  *Movant,* | |
| v.  Michele M. Fabris  *Respondent.* | Related to Claim No. 2 |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  November 2, 2018 .

THE NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES MUST COMPLY WITH THE FED. R. BANKR. P. 9011; THE DOCUMENT MUST BE PRECEDED BY /S/ AND TYPED SIGNATURE OF FILER WHERE THE SIGNATURE WOULD OTHERWISE APPEAR; THE PDF FILED DOCUMENT MUST BE TEXT SEARCHABLE.

Dated: October 19, 2018

Lylenn Fox  
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michele M. Fabris  
    Debtor

Case No. 16-11019-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Oct 19, 2018  
                     Form ID: 128     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.
```
db             +Michele M. Fabris,    274 Rose Street,    Johnsonburg, PA 15845-1446
aty            +Kenneth P. Seitz,    Law Offices of Kenny P. Seitz,    P.O. Box 211,    Ligonier, PA 15658-0211
               +Michael W. Sloat,    Lynn King and Schreffler, P.C.,    606 Main Street, PO Box 99,
                 Emlenton, PA 16373-0099
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Michele M. Fabris thedebterasers@aol.com
              Michael W. Sloat    on behalf of Creditor    Farmers National Bank of Emlenton mike@lkslaw.us,
               scott@lkslaw.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```