Case 16-11019-TPA    Doc 62    Filed 02/18/20    Entered 02/18/20 14:02:15    Desc Main
Document    Page 1 of 1

FILED
2/18/20 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Michele M. Fabris

Case Number: 16-11019-TPA            (Chapter 13)
Date / Time / Room: 02/11/2020 09:30 am /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:*

#58 - Trustee's Certificate of Default to Dismiss
#61 - Resp. by Debtor (FC)

### *Appearances:*

Debtor: *Seitz*
Trustee: Winnecour / Katz / Pail / DeSimone
Creditor:

### *Proceedings:*

Recommended Outcome:

1. _ Case Converted to Chapter 7
2. _ Case Converted to Chapter 11
3. _ Case Dismissed without Prejudice
4. _ Case Dismissed with Prejudice
5. _ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _ The plan payment/term is increased/extended to _____, effective _____.
7. _ Plan/Motion continued to _____ at _____.
8. _ An Amended Plan is to be served on all creditors and certificate of service filed by
   Objections are due on or before _____.
   A hearing on the Amended is set for _____ at _____.
9. ✓ Other: Trustee's COD / Motion to Dismiss at Doc #58 is resolved by: *proposed Confirmation of Debtor(s) Amended Plan /* proposed Order reflecting plan changes.

**For Judge Agres**
Student Loan Debt _____ plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: