**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-11019-TPA |
| Michele M. Fabris, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED
CHAPTER 13 PLAN DATED JUNE 1, 2020**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 3rd day of June, 2020, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated June 1, 2020, along with a copy of the Order dated June 2, 2020, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

| | |
|---|---|
| Executed on: <u>June 3, 2020</u> | Respectfully submitted,<br>/s/ Jessica L. Tighe<br>Jessica L. Tighe; Legal Asst.<br>Law Offices of Kenny P. Seitz<br>P. O. Box 211<br>Ligonier, PA  15658<br>(814) 536-7470 |

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing        Capital One Auto Finance c/o Capi      Farmers National Bank of Emlenton
0315-1                                  c/o Ascension Capital Group            612 Main St
Case 16-11019-TPA                       4515 N Santa Fe Ave. Dept. APS         PO Drawer D
WESTERN DISTRICT OF PENNSYLVANIA        Oklahoma City, OK 73118-7901           Emlenton, PA 16373-0046
Erie
Mon Jun  1 14:36:11 EDT 2020

PRA  Receivables Management LLC         Synchrony                              1
POB 41067                               c/o Weinstein & Riley, P.S.            U.S. Bankruptcy Court
Norfolk, VA 23541-1067                  2001 Western Ave, Ste 400              U.S. Courthouse, Room B160
                                        Seattle, WA 98121-3132                 17 South Park Row
                                                                               Erie, PA 16501-1169


AAS Debt Recovery Inc.                  Apex Asset Management, LLC             Best Buy Credit Services
P.O. Box 129                            2501 Oregon Pike, Suite 102            P.O. Box 183195
Monroeville, PA 15146-0129              Lancaster, PA 17601-4890               Columbus, OH 43218-3195




Boscov's                                CBCS                                   CNAC Finance Co.
P.O. Box 17642                          P.O. Box 2724                          7550 Leavitt Road
Baltimore, MD 21297-1642                Columbus, OH 43216-2724                Amherst, OH 44001-2702




COMENITY CAPITAL BANK                   CP/Bon Ton                             Capital One Auto Finance
C O WEINSTEIN & RILEY, PS               P.O. Box 182789                        3905 Dallas Pkwy
2001 WESTERN AVENUE, STE 400            Columbus, OH 43218-2789                Plano, TX 75093-7892
SEATTLE, WA 98121-3132



Capital One Auto Finance c/o AIS        Capital One Auto Finance, c/o Ascension Capi    Capital One Bank, N.A.
Portfolio Services, LP f/k/a AIS Data   P.O. Box 201347                                 P.O. Box 71083
Services d/b/a/ Ascension Capital Group Arlington, TX 76006-1347                        Charlotte, NC 28272-1083
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One, N.A.                       Collection Service Center              Comenity - The Buckle
c/o Becket and Lee LLP                  839 5th Avenue                         P.O. Box 659704
PO Box 3001                             P.O. Box 560                           San Antonio, TX 78265-9704
Malvern PA 19355-0701                   New Kensington, PA 15068-0560



Comenity-Peebles                        Comenity-Victoria's Secret             Credit Collection Services
P.O. Box 659465                         P.O. Box 659728                        2 Wells Avenue
San Antonio, TX 78265-9465              San Antonio, TX 78265-9728             Newton Center, MA 02459-3246




DuBois Dermatology & Cosmetics          Elk County Tax Claim Bureau            Elk Regional Health Center
105 Beaver Drive, #200                  250 Main Street                        Attn: Cashier
Du Bois, PA 15801-2515                  P.O. Box 448                           763 Johnsonburg Road
                                        Ridgway, PA 15853-0448                 Saint Marys, PA 15857-3498


Elk Regional Physicians Group           Farmer's National Bank                 (p)FIFTH THIRD BANK
763 Johnsonburg Road                    Brookville Office                      MD# ROPS05 BANKRUPTCY DEPT
Saint Marys, PA 15857-3498              263 Main Street                        1850 EAST PARIS SE
                                        Brookville, PA 15825-1250              GRAND RAPIDS MI 49546-6253
```

| | | |
|---|---|---|
| Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 | Financial<br>P.O. Box 1250<br>Saint Cloud, MN 56395-1250 | (p)FIRST COMMONWEALTH BANK<br>PO BOX 400<br>INDIANA PA 15701-0400 |
| Harley-Davidson Credit Corp.<br>Attn: Customer Service<br>P.O. Box 22048<br>Carson City, NV 89721-2048 | Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Holiday Financial Services<br>89 W. Main Street<br>Ridgway, PA 15853-1633 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | I.C. System, Inc.<br>444 Highway 96 East<br>P.O. Box 64437<br>Saint Paul, MN 55164-0437 | Jason D. Nedzinski, D.M.D., P.C.<br>1082 South Michael Road, Suite 2<br>Saint Marys, PA 15857-3003 |
| Kane Community Hospital<br>4372 Route 6<br>Kane, PA 16735-3099 | Keystone Rural Health<br>90 East Second Street<br>Emporium, PA 15834-1302 | Kohl's<br>P.O. Box 3043<br>Milwaukee, WI 53201-3043 |
| Life's Journey<br>190 West Park Avenue, Suite 9<br>Du Bois, PA 15801-2277 | Macy's Visa<br>P.O. Box 183084<br>Columbus, OH 43218-3084 | Medicredit Corporation<br>P.O. Box 580381<br>Charlotte, NC 28258-0381 |
| Midland Credit Management, Inc.<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Midland Funding, LLC<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 |
| Nationwide Insurance Headquarters<br>One Nationwide Plaza<br>Columbus, OH 43215-2239 | Nelnet Loan Services<br>3015 S Parker Road, Suite 425<br>Aurora, CO 80014-2904 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| OneMain Financial<br>c/o Care Department<br>6801 Colwell Boulevard<br>Irving, TX 75039-3198 | Onemain<br>605 Munn Road<br>FT Mill, SC 29715-8421 | Penn Credit<br>916 S. 14th Street<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 |
| Penn Highlands DuBois<br>1605 N. Cedar Crst Blvd Ste 110B<br>Allentown, PA 18104-2351 | Penn Highlands Elk<br>P.O. Box 6195<br>Reading, PA 19610-0195 | Penn Highlands Physician Network<br>1605 N. Cedar Crest Blvd. Suite 110B<br>Allentown, PA 18104-2351 |
| Pennsylvania Collection Service<br>P.O. Box 893<br>Washington, PA 15301-0893 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>CASCADE CAPITAL LLC SERIES C<br>PO Box 788<br>Kirkland, WA 98083-0788 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| R & R Radiology<br>809 Turnpike Avenue<br>Clearfield, PA 16830-1232 | (p)RENT RECOVERY SOLUTIONS<br>1945 THE EXCHANGE<br>SUITE 120<br>ATLANTA GA 30339-2062 | SYNCHRONY BANK<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 |
| Sandra E. Ross<br>Johnsonburg, PA 15845 | Schumacher Group<br>Return Mail Processing<br>P.O. Box 770<br>Larkspur, CO 80118-0770 | Seventh Avenue<br>1112 7th Avenue<br>Monroe, WI 53566-1364 |
| State Collection Service, Inc.<br>P.O. Box 6250<br>Madison, WI 53716-0250 | Syncb/TJX Rewards<br>P.O. Box 530949<br>Atlanta, GA 30353-0949 | Synchrony Bank/AEO<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 |
| Synchrony Bank/Care Credit<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | Synchrony Bank/Old Navy<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 | Synchrony Bank/Q Card<br>P.O. 965060<br>Orlando, FL 32896-5060 |
| U.S. Department of Education C/O Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | UPMC Health Services<br>P.O. Box 371472<br>Pittsburgh, PA 15250-7472 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Michele M. Fabris<br>274 Rose Street<br>Johnsonburg, PA 15845-1446 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fifth Third Bank<br>Corporate Office<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | First Commonwealth Bank<br>Central Offices<br>Philadelphia and 6th Streets<br>P.O. Box 400<br>Indiana, PA 15701 | Home Depot Credit Services<br>P.O. Box 182676<br>Columbus, OH 43218 |
| Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

Rent Recovery Solutions
2814 Spring Road, Suite 301
Atlanta, GA 30339

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Harley-Davidson Credit Corp

End of Label Matrix
Mailable recipients    79
Bypassed recipients     1
Total                  80