FILED
10/8/20 9:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

System Form 149a

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHELE M. FABRIS | : | Bankruptcy Case No. 16-11019 TPA |
| | : | Chapter 13 |
| *Debtor(s)* | : | |

# PLAN CONFIRMATION ORDER

**A**   It is hereby **ORDERED** that with the consent of the Debtor(s), the Chapter 13 Plan dated June 1, 2020 except as modified herein as checked below, is **CONFIRMED** in accord with *11 USC 1325*. On the effective date of this Order, the Chapter 13 Trustee shall pay administrative, secured and priority creditors identified in the Plan. General unsecured creditors will not receive distributions at least until the government bar date has passed and the Chapter 13 Trustee has submitted a *Notice of Intention to Pay Claims* to the Court. Confirmation of this Plan pursuant to this Order is without prejudice to reconsideration following a status conference held by the Chapter 13 Trustee to gauge the progress of Plan implementation which conference is scheduled for N/A *remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com* (which may, upon agreement of the Parties, be continued from time to time *provided however* that following the 3rd continuance, the matter shall be set for hearing before the Court), following which time the Plan may be modified to the satisfaction of all Parties after notice and hearing before the Court, or the status conference may be marked closed by the Chapter 13 Trustee.

☐   **1.**   For the remainder of the Plan term, the periodic Plan payment is to be $_____ as of _____. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   **2.**   The length of the Plan is increased to a total of ___ months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐   **3.**   Plan terms are subject to the resolution of all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   **4**.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   **5**.   _____ shall be paid monthly payments of $_____ beginning with the Trustee's _____ distribution and continuing for the duration of the plan term, to be applied by that creditor to its administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

X   **6.**   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Farmers National Bank (Cl 2) and PPFN's in the amount of $250.00 and $233.00.

X   **7.**   Additional Terms: The Interim Order Confirming Plan at Doc No. 19 dated December 2, 2016 and the Order Confirming Plan dated May 26, 2017 at Doc No. 34 are hereby VACATED.

**B**   **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED**:

   **1.**   **Objections to the Plan:** This Order is effective as of the date indicated below. Pursuant to *Fed.R.Bankr.P. 2002(b)(3)*, any party in interest with an objection to any provision of this Confirmation Order must file a written objection within the twenty-eight (28) day period following entry of this Order. Failure to timely object shall

be deemed a waiver of all objections and an acceptance of the provisions of this Confirmed Plan. The Trustee may only disburse funds pursuant to this Confirmation Order upon expiration of the foregoing twenty-eight (28) day period.

2. **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

3. **Review of Claims Docket and Objections to Claims.** Pursuant to *LBR 3021-1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review all proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely..

4. **Motions or Complaints Pursuant to §§506, 507, or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507* and *522* shall be filed within ninety (90) days after the claims bar date.

5. **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the Plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

C    *IT IS FURTHER ORDERED THAT:*

1. After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

2. Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

3. Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' Counsel and Debtor*(s)* at least twenty-one (21) days prior to the change taking effect.

4. Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

5. The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising preconfirmation defaults in any subsequent motion to dismiss.

6. In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated:  October 8, 2020
(Effective Date)

Thomas P. Agresti      ljm
United States Bankruptcy Judge

cc: All Parties in interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11019-TPA |
| Michele M. Fabris | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 1 of 4 |
| Date Rcvd: Oct 08, 2020 | Form ID: pdf900 | Total Noticed: 76 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michele M. Fabris, 274 Rose Street, Johnsonburg, PA 15845-1446 |
| cr | + | Farmers National Bank of Emlenton, 612 Main St, PO Drawer D, Emlenton, PA 16373-0046 |
| 14310386 | + | AAS Debt Recovery Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 14310387 | + | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14310388 | + | Best Buy Credit Services, P.O. Box 183195, Columbus, OH 43218-3195 |
| 14310389 | + | Boscov's, P.O. Box 17642, Baltimore, MD 21297-1642 |
| 14310392 | + | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14310410 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, P.O. Box 182676, Columbus, OH 43218 |
| 14310393 | + | CNAC Finance Co., 7550 Leavitt Road, Amherst, OH 44001-2702 |
| 14345359 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14310394 | + | Collection Service Center, 839 5th Avenue, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14310417 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's Visa, P.O. Box 183084, Columbus, OH 43218 |
| 14310400 | + | DuBois Dermatology & Cosmetics, 105 Beaver Drive, #200, Du Bois, PA 15801-2515 |
| 14310402 | + | Elk Regional Health Center, Attn: Cashier, 763 Johnsonburg Road, Saint Marys, PA 15857-3498 |
| 14310403 | + | Elk Regional Physicians Group, 763 Johnsonburg Road, Saint Marys, PA 15857-3498 |
| 14310405 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, Corporate Office, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 14310404 | + | Farmer's National Bank, Brookville Office, 263 Main Street, Brookville, PA 15825-1250 |
| 14318548 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14343650 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14310409 | + | Holiday Financial Services, 89 W. Main Street, Ridgway, PA 15853-1633 |
| 14310411 | + | I.C. System, Inc., 444 Highway 96 East, P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 14310412 | + | Jason D. Nedzinski, D.M.D., P.C., 1082 South Michael Road, Suite 2, Saint Marys, PA 15857-3003 |
| 14310414 | + | Keystone Rural Health, 90 East Second Street, Emporium, PA 15834-1302 |
| 14310416 | + | Life's Journey, 190 West Park Avenue, Suite 9, Du Bois, PA 15801-2277 |
| 14310418 | + | Medicredit Corporation, P.O. Box 580381, Charlotte, NC 28258-0381 |
| 14310421 | + | Nationwide Insurance Headquarters, One Nationwide Plaza, Columbus, OH 43215-2239 |
| 14310424 | + | Penn Credit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14310425 | + | Penn Highlands DuBois, 1605 N. Cedar Crst Blvd Ste 110B, Allentown, PA 18104-2351 |
| 14310426 | + | Penn Highlands Elk, P.O. Box 6195, Reading, PA 19610-0195 |
| 14310427 | + | Penn Highlands Physician Network, 1605 N. Cedar Crest Blvd. Suite 110B, Allentown, PA 18104-2351 |
| 14310428 | + | Pennsylvania Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14310430 | + | R & R Radiology, 809 Turnpike Avenue, Clearfield, PA 16830-1232 |
| 14310431 | ++ | RENT RECOVERY SOLUTIONS, 1945 THE EXCHANGE, SUITE 120, ATLANTA GA 30339-2062 address filed with court:, Rent Recovery Solutions, 2814 Spring Road, Suite 301, Atlanta, GA 30339 |
| 14310435 | ++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314 address filed with court:, State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716 |
| 14310432 | | Sandra E. Ross, Johnsonburg, PA 15845 |
| 14310433 | + | Schumacher Group, Return Mail Processing, P.O. Box 770, Larkspur, CO 80118-0770 |
| 14310441 | + | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0315-1 | User: bsil | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: pdf900 | Total Noticed: 76 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 09 2020 01:49:08 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:48:08 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + Email/Text: bncmail@w-legal.com | Oct 09 2020 00:58:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14363180 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2020 00:57:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14310398 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2020 00:57:00 | CP/Bon Ton, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14310390 | + Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Oct 09 2020 01:48:11 | Capital One Auto Finance, 3905 Dallas Pkwy, Plano, TX 75093-7892 |
| 14763929 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 09 2020 01:49:14 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14331247 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 09 2020 01:48:07 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14310391 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 09 2020 01:48:12 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14310395 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2020 00:57:00 | Comenity - The Buckle, P.O. Box 659704, San Antonio, TX 78265-9704 |
| 14310396 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2020 00:57:00 | Comenity-Peebles, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14310397 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2020 00:57:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14310399 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 09 2020 00:58:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3246 |
| 14310401 | + Email/Text: kroselli@countyofelkpa.com | Oct 09 2020 00:58:00 | Elk County Tax Claim Bureau, 250 Main Street, P.O. Box 448, Ridgway, PA 15853-0448 |
| 14310407 | Email/Text: bankruptcynotice@fcbanking.com | Oct 09 2020 00:57:00 | First Commonwealth Bank, Central Offices, Philadelphia and 6th Streets, P.O. Box 400, Indiana, PA 15701 |
| 14310406 | + Email/Text: bnc-bluestem@quantum3group.com | Oct 09 2020 00:58:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 14310408 | + Email/Text: bankruptcy.notices@hdfsi.com | Oct 09 2020 00:58:00 | Harley-Davidson Credit Corp., Attn: Customer Service, P.O. Box 22048, Carson City, NV 89721-2048 |
| 14310413 | + Email/Text: rcorbett@kanehospital.org | Oct 09 2020 00:58:00 | Kane Community Hospital, 4372 Route 6, Kane, PA 16735-3099 |
| 14310415 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 09 2020 00:57:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14310419 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2020 00:57:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14356690 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2020 00:57:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14310420 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2020 00:57:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14310422 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 09 2020 00:58:00 | Nelnet Loan Services, 3015 S Parker Road, Suite 425, Aurora, CO 80014-2904 |
| 14310423 | + | Email/PDF: cbp@onemainfinancial.com | Oct 09 2020 01:48:04 | OneMain Financial, c/o Care Department, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14332317 | + | Email/PDF: cbp@onemainfinancial.com | Oct 09 2020 01:50:05 | Onemain, 605 Munn Road, FT Mill, SC 29715-8421 |
| 14310429 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:49:09 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14639535 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:50:09 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14334791 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2020 00:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14356284 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2020 00:57:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL LLC SERIES C, PO Box 788, Kirkland, WA 98083-0788 |
| 14312732 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2020 00:57:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14341998 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2020 00:57:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14310435 | | Email/Text: amieg@stcol.com | Oct 09 2020 00:57:00 | State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716 |
| 15015167 | + | Email/Text: bncmail@w-legal.com | Oct 09 2020 00:58:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14310434 | + | Email/Text: bankruptcy@sccompanies.com | Oct 09 2020 00:58:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14310436 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 01:50:06 | Syncb/TJX Rewards, P.O. Box 530949, Atlanta, GA 30353-0949 |
| 14310437 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 01:49:07 | Synchrony Bank/AEO, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14310438 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 01:49:07 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14310439 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 01:50:07 | Synchrony Bank/Old Navy, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14310440 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 01:48:06 | Synchrony Bank/Q Card, P.O. 965060, Orlando, FL 32896-5060 |
| 14319124 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 09 2020 00:58:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| 14643228 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14368234 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 4 of 4 |
| Date Rcvd: Oct 08, 2020 | Form ID: pdf900 | Total Noticed: 76 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Michele M. Fabris thedebterasers@aol.com |
| Michael W. Sloat | on behalf of Creditor Farmers National Bank of Emlenton mike@lkslaw.us  scott@lkslaw.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5