**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michele M. Fabris**
   Debtor(s)

Bankruptcy Case No.: 16–11019–TPA
Related to Docket No. 76
Chapter: 13
Docket No.: 77 – 76
Concil. Conf.: 9/28/21 at 09:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **July 19, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **August 9, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **9/28/21** at **09:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 3, 2021

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michele M. Fabris  
    Debtor

Case No. 16-11019-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: agro      Page 1 of 4  
Date Rcvd: Jun 03, 2021      Form ID: 213      Total Noticed: 76

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michele M. Fabris, 310 E. Piedmont St. 101B, Culpeper, VA 22701-2728 |
| cr | + | Farmers National Bank of Emlenton, 612 Main St, PO Drawer D, Emlenton, PA 16373-0046 |
| 14310386 | + | AAS Debt Recovery Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 14310387 | + | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14310389 | + | Boscov's, P.O. Box 17642, Baltimore, MD 21297-1642 |
| 14310392 | + | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14310410 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, P.O. Box 182676, Columbus, OH 43218 |
| 14310393 | + | CNAC Finance Co., 7550 Leavitt Road, Amherst, OH 44001-2702 |
| 14345359 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14310394 | + | Collection Service Center, 839 5th Avenue, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14310400 | + | DuBois Dermatology & Cosmetics, 105 Beaver Drive, #200, Du Bois, PA 15801-2515 |
| 14310402 | + | Elk Regional Health Center, Attn: Cashier, 763 Johnsonburg Road, Saint Marys, PA 15857-3498 |
| 14310403 | + | Elk Regional Physicians Group, 763 Johnsonburg Road, Saint Marys, PA 15857-3498 |
| 14310405 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, Corporate Office, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 14310404 | + | Farmer's National Bank, Brookville Office, 263 Main Street, Brookville, PA 15825-1250 |
| 14318548 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14343650 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14310409 | + | Holiday Financial Services, 89 W. Main Street, Ridgway, PA 15853-1633 |
| 14310411 | + | I.C. System, Inc., 444 Highway 96 East, P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 14310412 | + | Jason D. Nedzinski, D.M.D., P.C., 1082 South Michael Road, Suite 2, Saint Marys, PA 15857-3003 |
| 14310414 | + | Keystone Rural Health, 90 East Second Street, Emporium, PA 15834-1302 |
| 14310416 | + | Life's Journey, 190 West Park Avenue, Suite 9, Du Bois, PA 15801-2277 |
| 14310418 | + | Medicredit Corporation, P.O. Box 580381, Charlotte, NC 28258-0381 |
| 14310421 | + | Nationwide Insurance Headquarters, One Nationwide Plaza, Columbus, OH 43215-2239 |
| 14310424 | + | Penn Credit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14310425 | + | Penn Highlands DuBois, 1605 N. Cedar Crst Blvd Ste 110B, Allentown, PA 18104-2351 |
| 14310426 | + | Penn Highlands Elk, P.O. Box 6195, Reading, PA 19610-0195 |
| 14310427 | + | Penn Highlands Physician Network, 1605 N. Cedar Crest Blvd. Suite 110B, Allentown, PA 18104-2351 |
| 14310428 | + | Pennsylvania Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14310430 | + | R & R Radiology, 809 Turnpike Avenue, Clearfield, PA 16830-1232 |
| 14310431 | ++ | RENT RECOVERY SOLUTIONS, 1945 THE EXCHANGE, SUITE 120, ATLANTA GA 30339-2062 address filed with court:, Rent Recovery Solutions, 2814 Spring Road, Suite 301, Atlanta, GA 30339 |
| 14310432 | | Sandra E. Ross, Johnsonburg, PA 15845 |
| 14310433 | + | Schumacher Group, Return Mail Processing, P.O. Box 770, Larkspur, CO 80118-0770 |
| 14310441 | + | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 04 2021 02:46:03 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 16-11019-TPA    Doc 78    Filed 06/05/21    Entered 06/06/21 00:36:27    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-1 | User: agro | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 03, 2021 | Form ID: 213 | Total Noticed: 76 |

| | | | |
|---|---|---|---|
| | | Jun 04 2021 02:46:04 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + Email/Text: bncmail@w-legal.com | | |
| | | Jun 04 2021 03:07:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14310388 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 04 2021 02:43:33 | Best Buy Credit Services, P.O. Box 183195, Columbus, OH 43218-3195 |
| 14363180 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 04 2021 03:06:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14310398 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 04 2021 03:06:00 | CP/Bon Ton, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14310390 | + Email/PDF: AIS.COAF.EBN@Americaninfosource.com | | |
| | | Jun 04 2021 02:43:26 | Capital One Auto Finance, 3905 Dallas Pkwy, Plano, TX 75093-7892 |
| 14763929 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Jun 04 2021 02:43:32 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14331247 | + Email/PDF: acg.acg.ebn@americaninfosource.com | | |
| | | Jun 04 2021 02:46:03 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14310391 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Jun 04 2021 02:43:24 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14310395 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 04 2021 03:06:00 | Comenity - The Buckle, P.O. Box 659704, San Antonio, TX 78265-9704 |
| 14310396 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 04 2021 03:06:00 | Comenity-Peebles, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14310397 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 04 2021 03:06:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14310399 | + Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | Jun 04 2021 03:07:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3225 |
| 14310417 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 04 2021 02:43:26 | Macy's Visa, P.O. Box 183084, Columbus, OH 43218 |
| 14310401 | + Email/Text: kroselli@countyofelkpa.com | | |
| | | Jun 04 2021 03:07:00 | Elk County Tax Claim Bureau, 250 Main Street, P.O. Box 448, Ridgway, PA 15853-0448 |
| 14310407 | Email/Text: bankruptcynotice@fcbanking.com | | |
| | | Jun 04 2021 03:06:00 | First Commonwealth Bank, Central Offices, Philadelphia and 6th Streets, P.O. Box 400, Indiana, PA 15701 |
| 14310406 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Jun 04 2021 03:07:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 14310408 | + Email/Text: bankruptcy.notices@hdfsi.com | | |
| | | Jun 04 2021 03:07:00 | Harley-Davidson Credit Corp., Attn: Customer Service, P.O. Box 22048, Carson City, NV 89721-2048 |
| 14310413 | + Email/Text: rcorbett@kanehospital.org | | |
| | | Jun 04 2021 03:07:00 | Kane Community Hospital, 4372 Route 6, Kane, PA 16735-3099 |
| 14310415 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jun 04 2021 03:06:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14310419 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 04 2021 03:07:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14356690 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 04 2021 03:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14310420 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 04 2021 03:07:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14310422 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jun 04 2021 03:07:00 | Nelnet Loan Services, 3015 S Parker Road, Suite 425, Aurora, CO 80014-2904 |

Case 16-11019-TPA   Doc 78   Filed 06/05/21   Entered 06/06/21 00:36:27   Desc Imaged
                          Certificate of Notice   Page 5 of 6

| District/off: 0315-1 | User: agro | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 03, 2021 | Form ID: 213 | Total Noticed: 76 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14310423 | + | Email/PDF: cbp@onemainfinancial.com | Jun 04 2021 02:43:21 | OneMain Financial, c/o Care Department, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14332317 | + | Email/PDF: cbp@onemainfinancial.com | Jun 04 2021 02:43:21 | Onemain, 605 Munn Road, FT Mill, SC 29715-8421 |
| 14310429 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2021 02:46:04 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14639535 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2021 02:46:04 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14334791 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2021 03:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14356284 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2021 03:07:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL LLC SERIES C, PO Box 788, Kirkland, WA 98083-0788 |
| 14312732 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2021 03:07:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14341998 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2021 03:07:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14310435 | | Email/Text: amieg@stcol.com | Jun 04 2021 03:06:00 | State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716 |
| 15015167 | + | Email/Text: bncmail@w-legal.com | Jun 04 2021 03:07:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14310434 | + | Email/Text: bankruptcy@sccompanies.com | Jun 04 2021 03:07:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14310436 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 02:43:21 | Syncb/TJX Rewards, P.O. Box 530949, Atlanta, GA 30353-0949 |
| 14310437 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 02:46:01 | Synchrony Bank/AEO, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14310438 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 02:46:01 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14310439 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 02:46:01 | Synchrony Bank/Old Navy, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14310440 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 02:43:22 | Synchrony Bank/Q Card, P.O. 965060, Orlando, FL 32896-5060 |
| 14319124 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 04 2021 03:07:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 42

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| 14643228 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14368234 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 4 of 4 |
| Date Rcvd: Jun 03, 2021 | Form ID: 213 | Total Noticed: 76 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Michele M. Fabris thedebterasers@aol.com |
| Michael W. Sloat | on behalf of Creditor Farmers National Bank of Emlenton mike@lkslaw.us  scott@lkslaw.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5