**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/13/2021

IN RE:

MICHELE M. FABRIS
699 BLOSSOM TREE ROAD
CULPEPPER, VA 22701
XXX-XX-1972          Debtor(s)

Case No. 16-11019 TPA

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/13/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | CRED DESC / Account |
|---|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1 AUTO/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MICHAEL W SLOAT ESQ**<br>LYNN KING & SCHREFFLER PC<br>606 MAIN ST<br>PO BOX 99<br>EMLENTON, PA 16373 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FARMERS NATL BANK OF EMLENTON/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CNAC**<br>3510 WEST COLLEGE AVE<br>STATE COLLEGE, PA 16801 | Trustee Claim Number: 3   INT %: 5.00%<br>Court Claim Number:<br>CLAIM: 9,850.00<br>COMMENT: $@5%MDF/PL*NT ADR/SCH*DKT | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0937 |
| **ELK COUNTY TAX CLAIM BUREAU**<br>COUNTY COURTHOUSE<br>POB 448<br>RIDGWAY, PA 15853 | Trustee Claim Number: 4   INT %: 9.00%<br>Court Claim Number:<br>CLAIM: 3,900.00<br>COMMENT: $@9%/PL~NO YRS*14-16/SCH | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **FARMERS NATIONAL BANK**<br>612 MAIN ST<br>PO DRAWER D<br>EMLENTON, PA 16373 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: 304/PL*303.92 X (84+2)=LMT*BGN 11/16*FARMERS NATL EMLENTON*$0ARRS/CL-P| | | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 3311 |
| **FIFTH THIRD BANK**<br>PO BOX 637640<br>CINCINNATI, OH 45263-7640 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=6318.07 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6275 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br>PALATINE, IL 60055-5129 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 11-2<br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL*AMD CL=0*W/67 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3740 |
| **FIRST COMMONWEALTH BANK**<br>C/O AAS DEBT RECOVERY INC<br>POB 129*<br>MONROEVILLE, PA 15146 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1574 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA 17601 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENN HIGHLANDS DUBOIS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3695 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 437.33<br>COMMENT: X2007/SCH*CITIBANK/BEST BUY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7155 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  564.28<br>COMMENT:  X7292/SCH*BOSCOV'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1931 |
| **CAPITAL ONE AUTO FINANCE***<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210-4360 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  2,783.46<br>COMMENT:  AUTO/SCH*DFNCY BAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6886 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:20<br>CLAIM:  1,221.03<br>COMMENT:  X3998/SCH*CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4230 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH  43216-2724 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PENN HIGHLANDS DUBOIS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5222 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  905.73<br>COMMENT:  X1245/SCH*THE BUCKLE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2051 |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  1,116.56<br>COMMENT:  X6309/SCH~PEEBLES/SCH*PAYPAL*FR COMENITY-DOC 55 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3658 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  945.19<br>COMMENT:  X0598/SCH*VICTORIA'S SECRET | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7358 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  1,111.85<br>COMMENT:  X1097/SCH*BON TON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8463 |
| **CREDIT COLLECTION SERVICES++**<br>94 WELLS AVE<br>NEWTON, MA  02166 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NATIONWIDE INS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5882 |

| Creditor | Trustee Info | Credit Info |
|---|---|---|
| **DUBOIS DERMATOLOGY AND COSMETICS**<br>105 BEAVER DR 200<br>DUBOIS, PA 15801 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **HOLIDAY FINANCIAL SERVICE**<br>89 W MAIN ST<br>RIDGEWAY, PA 15853 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0029 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 820.17<br>COMMENT: NO$~ACCT/SCH*CITIBANK/THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4889 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK RGNL HEALTH CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7299 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK RGNL HEALTH CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7299 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK RGNL HEALTH CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7299 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK RGNL HEALTH CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2014 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK RGNL PHYSCNS GRP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8001 |
| **JASON D NEDZINSKI DMD PC**<br>1082 SOUTH MICHAEL RD STE 2<br>SAINT MARYS, PA 15857 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0038 |
| **KANE COMMUNITY HOSPITAL**<br>ROUTE 6<br>KANE, PA 16735 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

CLAIM RECORDS

| Creditor | Claim Info | Details |
|---|---|---|
| **KEYSTONE RURAL HEALTH**<br>90 E 2ND ST<br>POB 270<br><br>EMPORIUM, PA 15834 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 438.24<br>COMMENT: X9254/SCH\*KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5569 |
| **LIFES JOURNEY**<br>190 WEST PARK AVE STE 9<br><br>DUBOIS, PA 15801 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br><br>NORCROSS, GA 30091 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7947 |
| **MEDICREDIT CORP++**<br>POB 7206<br><br>COLUMBIA, MO 65205 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~WEBBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5259 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 14<br><br>CLAIM: 710.89<br>COMMENT: X6559/SCH\*SYNCHRONY/Q-CARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2438 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br><br>PORTLAND, OR 97208 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 4-2<br><br>CLAIM: 13,507.24<br>COMMENT: X5606/SCH\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1972 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 6,908.76<br>COMMENT: X4332/SCH\*INSUFF POD\*FR ONEMAIN-DOC 41 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5032 |
| **PENN CREDIT CORP++**<br>POB 988\*<br><br>HARRISBURG, PA 17108 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PENN HIGHLANDS DUBOIS++**<br>1605 NORTH CEDAR CREST BLVD<br>STE 110B<br>ALLENTOWN, PA 18104 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PENN HIGHLANDS ELK**<br>PO BOX 6195<br>WYOMISSING, PA 19610 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PENN HIGHLANDS PHYSICIAN NETWORK++**<br>1605 N CEDAR CREST BLVD STE 110B<br>ALLENTOWN, PA 18104 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 8384~1033/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8384 |
| **PENN HIGHLANDS PHYSICIAN NETWORK++**<br>1605 N CEDAR CREST BLVD STE 110B<br>ALLENTOWN, PA 18104 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7078 |
| **PENN HIGHLANDS PHYSICIAN NETWORK++**<br>1605 N CEDAR CREST BLVD STE 110B<br>ALLENTOWN, PA 18104 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PENN HIGHLANDS PHYSICIAN NETWORK++**<br>1605 N CEDAR CREST BLVD STE 110B<br>ALLENTOWN, PA 18104 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6281 |
| **PA COLLECTION SERVICE++**<br>PO BOX 110<br>ALTOONA, PA 16603-0110 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~KCH NON MEDICARE HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6939 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 923.65<br>COMMENT: X0962/SCH*SYNCHRONY/TJX | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8140 |
| **R AND R RADIOLOGY**<br>809 TURNPIKE AVE<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **RENT RECOVERY SOLUTIONS++**<br>2814 SPRING RD STE 301<br>ATLANTA, GA 30339 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3600 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **SCHUMACHER GROUP++**<br>RETURN MAIL PROCESSING<br>PO BOX 770<br>LARKSPUR, CO 80118 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SEVENTH AVENUE**<br>1112 7TH AVE<br>MONROE, WI 53566 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9939 |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~AEO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9578 |
| **QUANTUM3 GROUP LLC AGNT-CREDIT CORP S**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 2,004.29<br>COMMENT: X2746/SCH*SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1563 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 226.70<br>COMMENT: X1918/SCH*SYNCHRONY/OLD NAVY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2419 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br>PITTSBURGH, PA 15250 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ELK REGIONAL HEALTH CTR**<br>763 JOHNSONBURG RD<br>SAINT MARYS, PA 15857 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br>INDIANA, PA 15701 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | CRED DESC / Account |
|---|---|---|---|
| **NATIONWIDE INSURANCE++**<br>1000 NATIONWIDE DR<br><br>HARRISBURG, PA 17110 | Trustee Claim Number:61 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PENN HIGHLANDS DUBOIS++**<br>1605 NORTH CEDAR CREST BLVD<br>STE 110B<br>ALLENTOWN, PA 18104 | Trustee Claim Number:62 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:63 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~TJX/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:64 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~Q CARD/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:65 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SANDRA E ROSS~ND ADR/SCH H | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC**<br>POB 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:66 INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 160.50<br>COMMENT: NT/SCH*CASCADE CAP SERIES C/ELK EMERGENCY GROUP*NO PAYMENT EVER | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7982 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br><br>PALATINE, IL 60055-5129 | Trustee Claim Number:67 INT %: 0.00%<br>Court Claim Number:11-2<br>CLAIM: 6,999.56<br>COMMENT: DFNCY BAL*AMD*W/7 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3740 |
| **FARMERS NATIONAL BANK**<br>612 MAIN ST<br>PO DRAWER D<br>EMLENTON, PA 16373 | Trustee Claim Number:68 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 250.00<br>COMMENT: PAY/CONF*NT/PL*NTC-POSTPET FEE/EXP*10/3/17-10/3/18 INS ADVC*W/5 | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 3311 |
| **FARMERS NATIONAL BANK**<br>612 MAIN ST<br>PO DRAWER D<br>EMLENTON, PA 16373 | Trustee Claim Number:69 INT %: 0.00%<br>Court Claim Number:02<br>CLAIM: 0.00<br>COMMENT: NT/PL~194 NTC-POSTPET FEE/EXP*10/18-10/10 INS ADV*W/5*REPLACED BY 10/18/ | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 3311 |
| **FARMERS NATIONAL BANK**<br>612 MAIN ST<br>PO DRAWER D<br>EMLENTON, PA 16373 | Trustee Claim Number:70 INT %: 0.00%<br>Court Claim Number:02<br>CLAIM: 0.00<br>COMMENT: NT/PL~194 NTC-POSTPET FEE/EXP*10/18-10/19 INS ADV*W/5*REP BY 10/19/18 PPF | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 3311 |

## CLAIM RECORDS

| FARMERS NATIONAL BANK | Trustee Claim Number:71  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
|---|---|---|
| 612 MAIN ST | Court Claim Number:02 | ACCOUNT NO.:  3311 |
| PO DRAWER D | | |
| | CLAIM:  0.00 | |
| EMLENTON, PA  16373 | COMMENT:  NT/PL~194*NTC-POSTPET FEE/EXP*10/18-10/19 INS ADV*W/5*REPL BY 11/13/18  PF | |

| FARMERS NATIONAL BANK | Trustee Claim Number:72  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
|---|---|---|
| 612 MAIN ST | Court Claim Number:2 | ACCOUNT NO.:  3311 |
| PO DRAWER D | | |
| | CLAIM:  233.00 | |
| EMLENTON, PA  16373 | COMMENT:  PAY/DECL-CNF*NT/PL*NTC-POSTPET FEE/EXP*10/3/18-10/3/19 INS ADV*REF CL*W | |