FILED
11/17/21 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:
MICHELE M. FABRIS

Debtor(s)

Ronda J. Winnecour, Trustee
Movant
vs.
MICHELE M. FABRIS

Respondent(s)

Case No. 16-11019TPA
Chapter 13

Related to Document No. __76__

## ORDER

AND NOW, this 17th day of November, 2021, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☑    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.    The Clerk shall give notice to all creditors of this dismissal.

    D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

        (1)    the time deadline provided by state law; or

        (2)    30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of __ months; the monthly plan payment amount is changed to $_____ effective_____ .

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____
_____
_____
_____
_____

BY THE COURT:

_____
United States Bankruptcy Judge

asg

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11019-TPA |
| Michele M. Fabris | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 1 of 4 |
| Date Rcvd: Nov 17, 2021 | Form ID: pdf900 | Total Noticed: 76 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michele M. Fabris, 699 Blossom Tree Rd, Culpepper, VA 22701-2143 |
| cr | + | Farmers National Bank of Emlenton, 612 Main St, PO Drawer D, Emlenton, PA 16373-0046 |
| 14310386 | + | AAS Debt Recovery Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 14310387 | + | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14310389 | + | Boscov's, P.O. Box 17642, Baltimore, MD 21297-1642 |
| 14310392 | + | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14310410 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, P.O. Box 182676, Columbus, OH 43218 |
| 14310393 | + | CNAC Finance Co., 7550 Leavitt Road, Amherst, OH 44001-2702 |
| 14345359 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14310394 | + | Collection Service Center, 839 5th Avenue, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14310400 | + | DuBois Dermatology & Cosmetics, 105 Beaver Drive, #200, Du Bois, PA 15801-2515 |
| 14310402 | + | Elk Regional Health Center, Attn: Cashier, 763 Johnsonburg Road, Saint Marys, PA 15857-3498 |
| 14310403 | + | Elk Regional Physicians Group, 763 Johnsonburg Road, Saint Marys, PA 15857-3498 |
| 14310405 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, Corporate Office, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 14310404 | + | Farmer's National Bank, Brookville Office, 263 Main Street, Brookville, PA 15825-1250 |
| 14318548 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14343650 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14310409 | + | Holiday Financial Services, 89 W. Main Street, Ridgway, PA 15853-1633 |
| 14310411 | + | I.C. System, Inc., 444 Highway 96 East, P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 14310412 | + | Jason D. Nedzinski, D.M.D., P.C., 1082 South Michael Road, Suite 2, Saint Marys, PA 15857-3003 |
| 14310414 | + | Keystone Rural Health, 90 East Second Street, Emporium, PA 15834-1302 |
| 14310416 | + | Life's Journey, 190 West Park Avenue, Suite 9, Du Bois, PA 15801-2277 |
| 14310418 | + | Medicredit Corporation, P.O. Box 580381, Charlotte, NC 28258-0381 |
| 14310421 | + | Nationwide Insurance Headquarters, One Nationwide Plaza, Columbus, OH 43215-2239 |
| 14310424 | + | Penn Credit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14310425 | + | Penn Highlands DuBois, 1605 N. Cedar Crst Blvd Ste 110B, Allentown, PA 18104-2351 |
| 14310426 | + | Penn Highlands Elk, P.O. Box 6195, Reading, PA 19610-0195 |
| 14310427 | + | Penn Highlands Physician Network, 1605 N. Cedar Crest Blvd. Suite 110B, Allentown, PA 18104-2351 |
| 14310428 | + | Pennsylvania Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14310430 | + | R & R Radiology, 809 Turnpike Avenue, Clearfield, PA 16830-1232 |
| 14310431 | ++ | RENT RECOVERY SOLUTIONS, 1945 THE EXCHANGE, SUITE 120, ATLANTA GA 30339-2062 address filed with court:, Rent Recovery Solutions, 2814 Spring Road, Suite 301, Atlanta, GA 30339 |
| 14310432 | | Sandra E. Ross, Johnsonburg, PA 15845 |
| 14310433 | + | Schumacher Group, Return Mail Processing, P.O. Box 770, Larkspur, CO 80118-0770 |
| 14310441 | + | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 17 2021 23:40:26 | Capital One Auto Finance, a division of Capital |

Case 16-11019-TPA    Doc 88    Filed 11/19/21    Entered 11/20/21 00:28:30    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0315-1 | User: bsil | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2021 | Form ID: pdf900 | Total Noticed: 76 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | On, c/o Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2021 23:40:26 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bncmail@w-legal.com | Nov 17 2021 23:32:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14310388 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2021 23:40:27 | Best Buy Credit Services, P.O. Box 183195, Columbus, OH 43218-3195 |
| 14363180 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2021 23:32:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14310398 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2021 23:32:00 | CP/Bon Ton, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14310390 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 17 2021 23:40:21 | Capital One Auto Finance, 3905 Dallas Pkwy, Plano, TX 75093-7892 |
| 14763929 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 17 2021 23:40:21 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14331247 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 17 2021 23:40:26 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14310391 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2021 23:40:31 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14310395 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2021 23:32:00 | Comenity - The Buckle, P.O. Box 659704, San Antonio, TX 78265-9704 |
| 14310396 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2021 23:32:00 | Comenity-Peebles, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14310397 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2021 23:32:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14310399 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 17 2021 23:32:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3225 |
| 14310417 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2021 23:40:32 | Macy's Visa, P.O. Box 183084, Columbus, OH 43218 |
| 14310401 | + | Email/Text: kroselli@countyofelkpa.com | Nov 17 2021 23:32:00 | Elk County Tax Claim Bureau, 250 Main Street, P.O. Box 448, Ridgway, PA 15853-0448 |
| 14310407 | | Email/Text: jwalsh@fcbanking.com | Nov 17 2021 23:32:00 | First Commonwealth Bank, Central Offices, Philadelphia and 6th Streets, P.O. Box 400, Indiana, PA 15701 |
| 14310408 | + | Email/Text: bankruptcy.notices@hdfsi.com | Nov 17 2021 23:32:00 | Harley-Davidson Credit Corp., Attn: Customer Service, P.O. Box 22048, Carson City, NV 89721-2048 |
| 14310406 | | Email/Text: bnc-bluestem@quantum3group.com | Nov 17 2021 23:32:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395 |
| 14310413 | + | Email/Text: rcorbett@kanehospital.org | Nov 17 2021 23:32:00 | Kane Community Hospital, 4372 Route 6, Kane, PA 16735-3099 |
| 14310415 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 17 2021 23:32:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14310419 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2021 23:32:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14356690 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2021 23:32:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14310420 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2021 23:32:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14310422 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2021 23:32:00 | Nelnet Loan Services, 3015 S Parker Road, Suite 425, Aurora, CO 80014-2904 |
| 14310423 | + | Email/PDF: cbp@onemainfinancial.com | Nov 17 2021 23:40:30 | OneMain Financial, c/o Care Department, 6801 Colwell Boulevard, Irving, TX 75039-3198 |
| 14332317 | + | Email/PDF: cbp@onemainfinancial.com | Nov 17 2021 23:40:26 | Onemain, 605 Munn Road, FT Mill, SC 29715-8421 |
| 14310429 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2021 23:40:26 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14639535 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2021 23:40:26 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14334791 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2021 23:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14356284 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2021 23:32:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL LLC SERIES C, PO Box 788, Kirkland, WA 98083-0788 |
| 14312732 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2021 23:32:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14341998 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2021 23:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14310435 | | Email/Text: amieg@stcol.com | Nov 17 2021 23:32:00 | State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716 |
| 15015167 | + | Email/Text: bncmail@w-legal.com | Nov 17 2021 23:32:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14310434 | + | Email/Text: bankruptcy@sccompanies.com | Nov 17 2021 23:32:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14310436 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2021 23:40:30 | Syncb/TJX Rewards, P.O. Box 530949, Atlanta, GA 30353-0949 |
| 14310437 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2021 23:40:30 | Synchrony Bank/AEO, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14310438 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2021 23:40:30 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14310439 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2021 23:40:30 | Synchrony Bank/Old Navy, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14310440 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2021 23:40:30 | Synchrony Bank/Q Card, P.O. 965060, Orlando, FL 32896-5060 |
| 14319124 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 17 2021 23:32:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| 14643228 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14368234 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Michele M. Fabris thedebterasers@aol.com |
| Michael W. Sloat | on behalf of Creditor Farmers National Bank of Emlenton mike@lkslaw.us  scott@lkslaw.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5