Case 16-11019-TPA    Doc 89    Filed 12/14/21    Entered 12/14/21 14:24:18    Desc Main
Document      Page 1 of 4

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHELE M. FABRIS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:16-11019 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/24/2016 and confirmed on 12/02/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 27,621.20 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 27,616.20 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,000.00 | |
|     Trustee Fee | 1,255.05 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,255.05 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   FARMERS NATIONAL BANK | 0.00 | 13,817.23 | 0.00 | 13,817.23 |
|     Acct: 3311 | | | | |
|   ELK COUNTY TAX CLAIM BUREAU | 3,900.00 | 0.00 | 75.08 | 75.08 |
|     Acct: | | | | |
|   CNAC | 9,850.00 | 6,953.65 | 1,515.19 | 8,468.84 |
|     Acct: 0937 | | | | |
|   FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6275 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3740 | | | | |
| | | | | 22,361.15 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHELE M. FABRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHELE M. FABRIS | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FARMERS NATIONAL BANK | 250.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3311 | | | | |
| FARMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3311 | | | | |
| FARMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3311 | | | | |
| FARMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3311 | | | | |
| FARMERS NATIONAL BANK | 233.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3311 | | | | |
| ELK COUNTY TAX CLAIM BUREAU | 6,799.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1574 | | | | |
| APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3695 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 437.33 | 0.00 | 0.00 | 0.00 |
| Acct: 7155 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMENIT | 564.28 | 0.00 | 0.00 | 0.00 |
| Acct: 1931 | | | | |
| CAPITAL ONE AUTO FINANCE** | 2,783.46 | 0.00 | 0.00 | 0.00 |
| Acct: 6886 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,221.03 | 0.00 | 0.00 | 0.00 |
| Acct: 4230 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5222 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 905.73 | 0.00 | 0.00 | 0.00 |
| Acct: 2051 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY BA | 1,116.56 | 0.00 | 0.00 | 0.00 |
| Acct: 3658 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 945.19 | 0.00 | 0.00 | 0.00 |
| Acct: 7358 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 1,111.85 | 0.00 | 0.00 | 0.00 |
| Acct: 8463 | | | | |
| CREDIT COLLECTION SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5882 | | | | |
| DUBOIS DERMATOLOGY AND COSMETICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HOLIDAY FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0029 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 820.17 | 0.00 | 0.00 | 0.00 |
| Acct: 4889 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7299 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7299 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7299 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2014 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8001 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   JASON D NEDZINSKI DMD PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0038 | | | | |
|   KANE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEYSTONE RURAL HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAPITAL ONE NA** | 438.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 5569 | | | | |
|   LIFES JOURNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7947 | | | | |
|   MEDICREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5259 | | | | |
|   MIDLAND FUNDING LLC | 710.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 2438 | | | | |
|   US DEPARTMENT OF EDUCATION | 13,507.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 1972 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - A | 6,908.76 | 0.00 | 0.00 | 0.00 |
|     Acct: 5032 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENN HIGHLANDS DUBOIS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENN HIGHLANDS ELK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENN HIGHLANDS PHYSICIAN NETWORK+ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8384 | | | | |
|   PENN HIGHLANDS PHYSICIAN NETWORK+ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7078 | | | | |
|   PENN HIGHLANDS PHYSICIAN NETWORK+ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENN HIGHLANDS PHYSICIAN NETWORK+ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6281 | | | | |
|   PA COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6939 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 923.65 | 0.00 | 0.00 | 0.00 |
|     Acct: 8140 | | | | |
|   R AND R RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RENT RECOVERY SOLUTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3600 | | | | |
|   SCHUMACHER GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9939 | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9578 | | | | |
|   QUANTUM3 GROUP LLC AGNT-CREDIT COI | 2,004.29 | 0.00 | 0.00 | 0.00 |
|     Acct: 1563 | | | | |
|   MIDLAND FUNDING LLC | 226.70 | 0.00 | 0.00 | 0.00 |
|     Acct: 2419 | | | | |
|   UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUANTUM3 GROUP LLC | 160.50 | 0.00 | 0.00 | 0.00 |

| 16-11019 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: 7982 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 6,999.56 | 0.00 | 0.00 | 0.00 |
| Acct: 3740 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL W SLOAT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ELK REGIONAL HEALTH CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONWIDE INSURANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HIGHLANDS DUBOIS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 22,361.15 |

TOTAL CLAIMED
PRIORITY           7,282.00
SECURED          13,750.00
UNSECURED      41.785.43

Date: 12/14/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com